1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  KALAMA M. LUI-KWAN (State Bar No. 242121)
   kml@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
7  Attorneys for Defendants
   BAC Home Loans Servicing, LP
8  (f/k/a Countrywide Home Loans
   Servicing L.P.) and Mortgage
   Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PENA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA FKA COUNTRYWIDE HOME LOANS, *et al.*, <br><br> Defendants. | Case No.: 3:09-cv-05911-BZ <br><br> [~~PROPOSED~~] **ORDER REGARDING SERVICE AND RESPONSE TO INITIAL COMPLAINT** |

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' February 1, 2010 Stipulation Regarding Service And Response To Initial Complaint:

1. Defendants BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.) and Mortgage Electronic Registration Systems, Inc. ("Defendants") have agreed to accept, and shall not contest the propriety of, service of the Summons and Complaint;

2. Defendants shall answer or otherwise respond to the Complaint no later than March 1, 2010; and

3. Except as set forth above, this Order is without prejudice to the rights, claims, arguments and defenses of all parties.

**IT IS SO ORDERED**.

DATED: February __3_, 2010         _____
                                    THE HONORABLE BERNARD ZIMMERMAN
                                    UNITED STATES MAGISTRATE JUDGE