1 MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
2 KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
3 SEVERSON & WERSON
A Professional Corporation
4 One Embarcadero Center, Suite 2600
San Francisco, CA 94111
5 Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
BAC Home Loans Servicing, LP
(f/k/a Countrywide Home Loans
Servicing L.P.) and Mortgage
Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PENA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA FKA COUNTRYWIDE HOME LOANS, *et al.*, <br><br> Defendants. | Case No.: 3:09-cv-05911-BZ <br><br> [~~PROPOSED~~] **ORDER REGARDING RESPONSE TO COMPLAINT** |

**[PROPOSED] ORDER**

Pursuant to the parties' February 26, 2010 Stipulation Regarding Response To Complaint:

1. Defendants BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.) and Mortgage Electronic Registration Systems, Inc. ("Defendants") shall answer or otherwise respond to the Complaint no later than March 8, 2010.

**IT IS SO ORDERED**.

March 1, 2010
DATED: ~~February ___, 2010~~

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE