1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  KALAMA M. LUI-KWAN (State Bar No. 242121)
   kml@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  BAC Home Loans Servicing, LP
   (f/k/a Countrywide Home Loans
8  Servicing L.P.) and Mortgage
   Electronic Registration Systems, Inc.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13 | ANTONIO PENA, JR.,            | Case No.: 3:09-cv-05911-BZ
14 |         Plaintiff,            |
15 |     vs.                       | [~~PROPOSED~~] ORDER REGARDING RESPONSE TO COMPLAINT
16 | BANK OF AMERICA FKA
    COUNTRYWIDE HOME LOANS, *et al.*,
17 |
    |         Defendants.
18

19

20

21

22

23

24

25

26

27

28

11952/0290/793469.1                                    [PROPOSED] ORDER
                                                  Case No.:  3:09-cv-05911-BZ

-1-

**[PROPOSED] ORDER**

Pursuant to the parties' February 26, 2010 Stipulation Regarding Response To Complaint:

1.    Defendants BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.) and Mortgage Electronic Registration Systems, Inc. ("Defendants") shall answer or otherwise respond to the Complaint no later than March 8, 2010.

**IT IS SO ORDERED**.

March 1, 2010
DATED:  ~~February ___, 2010~~

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE