UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA PENA, JR.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>BANK OF AMERICA fka<br>COUNTRYWIDE HOME LOANS, et al.,<br><br>        Defendant(s). | No. C09-5911 BZ<br><br>**BRIEFING ORDER** |

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition to the motion to dismiss shall be filed by **March 26, 2010**.

2. Defendant's reply shall be filed by **April 5, 2010**.

3. The hearing that is presently scheduled for April 14, 2010 is **VACATED** as there is no Law and Motion Calendar scheduled that day. If a hearing is required, the Court will schedule one.

Dated: March 9, 2010

                                           Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\PENA V. BANK OF AMERICA\BRIEFING ORDER.wpd

1