UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIA PENA, JR.,  )
                    )
    Plaintiff(s),   )   No. C09-5911 BZ
                    )
    v.              )
                    )   **BRIEFING ORDER**
BANK OF AMERICA fka )
COUNTRYWIDE HOME LOANS, et )
al.,                )
                    )
    Defendant(s).   )
                    )
_____)

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition to the motion to dismiss shall be filed by **March 26, 2010**.

2. Defendant's reply shall be filed by **April 5, 2010**.

3. The hearing that is presently scheduled for April 14, 2010 is **VACATED** as there is no Law and Motion Calendar scheduled that day. If a hearing is required, the Court will schedule one.

Dated: March 9, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PENA V. BANK OF AMERICA\BRIEFING ORDER.wpd

1